# Third District Court of Appeal

## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1912
Lower Tribunal No. F20-11402
_____

**Keion Ware,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Keion Ware, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for respondent.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Petitioner Keion Ware, pro se, seeks a writ of prohibition based on the trial court's denial of his motion to recuse the trial judge. Because Petitioner is currently being represented by counsel—and counsel has not adopted the motion to recuse—we dismiss. See, e.g., Sheppard v. State, 17 So. 3d 275, 282 (Fla. 2009) ("We reaffirm our holding in Logan[1] and Johnson[2] to dismiss pro se extraordinary writ petitions filed *in this Court* while a defendant is simultaneously being represented by counsel in ongoing criminal proceedings in either the trial or appellate court.").

---

[1] Logan v. State, 846 So. 2d 472 (Fla. 2003).

[2] Johnson v. State, 974 So. 2d 363 (Fla. 2008).